STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
18-399 consolidated with 18-398

JOSEPH KOLWE, JR.

VERSUS

CIVIL AND STRUCTURAL ENGINEERS, INC.

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. C-2016-1792-B
HONORABLE JULES D. EDWARDS, III, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

ULYSSES GENE THIBODEAUX
CHIEF JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Ulysses Gene Thibodeaux, Chief Judge, John D. Saunders, and D. Kent Savoie, Judges.

**REVERSED.**

Steven G. Durio
Travis J. Broussard
Durio, McGoffin, Stagg & Ackermann
P. O. Box 51308
Lafayette, LA 70505-1305
Telephone:  (337) 233-0300
COUNSEL FOR:
      Plaintiff/Appellant - Joseph Kolwe, Jr.

Donald W. Washington
Kyle M. Bacon
Jones Walker LLP
P. O. Box 3408
Lafayette, LA 70502
Telephone:  (337) 593-7600
COUNSEL FOR:
      Defendant/Appellee  Civil and Structural Engineers, Inc.

**Mark D. Plaisance**
**Marcus J. Plaisance**
**Plaisance Law, LLC**
**P. O. Box 1123**
**Prairieville, LA 70769**
**Telephone:  (225) 775-5297**
**COUNSEL FOR:**
     **Plaintiff/Appellant - Joseph Kolwe, Jr.**

**THIBODEAUX, Chief Judge.**

For the reasons discussed in the consolidated case of *Joseph Kolwe, Jr. v. Civil and Structural Engineers, Inc.*, 18-398 (La.App. 3 Cir. __/__/__), __ So.3d __, the judgment of the trial court is reversed. Costs of the appeal are assessed to Civil and Structural Engineers, Inc.

**REVERSED.**